JOHN BROWN, Respondent, v. HARRY KNIGHT, Appellant.— Order of the

County Court of Suffolk county modified by striking therefrom the direction that the defendant's attorney pay fifty dollars as a condition for vacating and setting aside the judgment and ordering a trial, and as so modified affirmed, with ten dollars costs and disbursements to appellant, upon authority of *Brown* v. *Knight* (*post*, p. 845), decided herewith. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.